# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 25-CR-20443-MOORE

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

RYAN CLIFFORD GOLDBERG,

     Defendant.

_____/

## UNOPPOSED MOTION TO CONTINUE ALL TRIAL DEADLINES BY 45 DAYS

Ryan Goldberg, through undersigned counsel, and unopposed by the Government, files this Motion to Continue All Trial Deadlines by 45 Days. In support of this Motion, he states the following:

1. Mr. Goldberg is charged with one count of Conspiracy to Interfere with Commerce by Extortion, in violation of 18 U.S.C. § 1951(a); one count of Interference with Interstate Commerce by Extortion, in violation of 18 U.S.C. § 1951(a); and one count of Intentional Damage to a Protected Computer, in violation of 18 U.S.C. § 1030(a)(5)(A).

2. Mr. Goldberg was arraigned on the Indictment on October 8, 2025. DE 18. Trial is currently scheduled for the two-week trial period beginning November 17, 2025. DE 21.

3. Mr. Goldberg requests a 45-day continuance of all trial deadlines. On October 21, 2025, the Government produced the initial discovery. DE 39. Due to

technical and security problems, the defense has only been able to access a portion of the discovery to date. The Information Technology Departments at both the Federal Public Defender and the United States Attorneys Office are working together to address the issue but require some additional time to resolve it. Additionally, the Government has indicated that it intends to disclose additional discovery in the coming days for which it will seek a protective order. The parties have also started discussions regarding a resolution in the case, and Mr. Goldberg requests additional time to negotiate an appropriate resolution with the Government in light of the forthcoming discovery production.

4. Mr. Goldberg has discussed this continuance with his counsel and agrees to waive the speedy trial period from the date of the filing of this Motion to the newly set trial date, pursuant to 18 U.S.C. § 3161, *et. seq.*

5. The undersigned conferred with AUSA Tom Haggerty, who advised that the Government *does not* oppose this Motion.

Respectfully Submitted,

HECTOR A. DOPICO
FEDERAL PUBLIC DEFENDER

By:     /s/ MaeAnn Dunker
        MaeAnn Dunker
        Assistant Federal Public Defender
        Special A#: A5502960
        150 W. Flagler Street, Suite 1700
        Miami, Florida 33130-1556
        Tel: (305) 530-7000
        Email: MaeAnn_Dunker@fd.org

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on **November 4, 2025,** I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:  *s/ MaeAnn Dunker*
              MaeAnn Dunker