UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-CR-20443-MOORE

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RYAN CLIFFORD GOLDBERG,

    Defendant.

_____/

**[PROPOSED] ORDER**

This Matter is before the Court on Defendant's Unopposed Motion to Continue All Trial Deadlines by 45 Days. Having considered the Motion, and no opposition therein, it is hereby:

**ORDERED** that the Motion is **GRANTED**; and

Calendar call is **RESET** for the _____ day of _____ 2025; and

Trial is **RESET** for the _____ day of _____ 2025.

_____  _____
Date  Hon. K. Michael Moore
                                                                              United States District Judge