UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-20443-KMM

UNITED STATES OF AMERICA

vs.

RYAN CLIFFORD GOLDBERG,
    Defendant.
_____/

## FACTUAL PROFFER

The United States of America (the "United States") and defendant Ryan Goldberg (the "defendant") agree that, were this case to proceed to trial, the United States would prove beyond a reasonable doubt the following facts, among others, which occurred in the Southern District of Florida and elsewhere:

### BlackCat/ALPHV Ransomware

Ransomware is malicious software that encrypts and steals data from vulnerable computer networks to extort a ransom payment in exchange for unlocking the network and/or not publishing sensitive stolen data. BlackCat/ALPHV ("BlackCat") is a variant of ransomware that was used to attack institutions around the world, including entities engaged in interstate commerce in the Southern District of Florida.

The BlackCat ransomware variant was developed and managed by a BlackCat administrator, or "admin," who granted BlackCat "affiliates" access to the application programming interface, or panel, used to deploy the ransomware pursuant to an agreement that any ransoms paid in virtual currency would be split, typically with twenty-percent (20%) of the ransom going to the BlackCat admin and eighty-percent (80%) of the ransom going to the affiliate. Each BlackCat affiliate had their own unique login to the BlackCat panel through which they

managed their attacks. After an affiliate deployed BlackCat ransomware on a victim's system and encrypted and/or stole the victim's data, the victim was directed by the ransom note left on the victim's system to their own dedicated panel with a "live chat" tab to negotiate a ransom payment for the encrypted and stolen data. BlackCat actors threatened victims through messages stating that sensitive data on a victim's network was downloaded, that quick action was needed to prevent the publication of sensitive data, and that attempts by the victim to modify encrypted data will result in permanently lost or inaccessible data.

Typically, the victim was given an initial ransom demand and an opportunity to negotiate a ransom payment amount, sometimes reaching an agreement to pay an amount less than the initial demand. If the victim paid the ransom, they were provided with a "decryptor," a decryption key to render their encrypted data readable and usable to the victim. In cases where sensitive victim information was stolen, the ransom payment was typically paid in exchange for a promise by the BlackCat actors to not publish stolen victim data on a publicly-viewable data leak site. If a victim did not pay the ransom, their stolen data would be published on the data leak site.

### The Conspiracy to Deploy Ransomware as a BlackCat Affiliate

Beginning in or around 2022, the defendant, Co-Conspirator 1 and Co-Defendant Kevin Martin, began using ransomware to conduct ransomware attacks against victims. During the times relevant to this conspiracy, the defendant was the director of incident response for a multinational cybersecurity company specializing in computer forensics and resided in Georgia. Co-Conspirator 1 was a ransomware negotiator at Company 1 (an incident response company) and resided in Florida. Co-Defendant Kevin Martin was also a ransomware negotiator at Company 1 and resided in Texas. In May of 2023, Co-Conspirator 1 obtained affiliate access to the BlackCat panel which was shared with the defendant and co-defendant Kevin Martin. After Co-Conspirator 1 obtained

affiliate access, the defendant, Co-Conspirator 1, and Co-Defendant Kevin Martin agreed to, and did, use the BlackCat ransomware and platform to attack and extort victims and share the ransom proceeds amongst themselves and with the BlackCat admin.

The three men communicated about using, and did leverage, their professional skillsets and familiarity with ransomware threat actors in attacking victims. Namely, the defendant, who had professional experience scanning and identifying vulnerabilities, procured access to victim networks. He also ran anti-forensic tools in victim networks to conceal the actors' malicious presence. Co-Conspirator 1 worked as a ransomware negotiator and previously worked in cryptocurrency tracing. Consequently, he handled negotiation with Victim 1 and facilitated laundering the ransom proceeds for the three men. Co-Defendant Kevin Martin also identified victims, exfiltrated data, and locked victim networks. Through encrypted messaging services, the men communicated with and advised one another on how to troubleshoot issues that arose during their attacks.

## Victim 1

In or around May 2023, the defendant, Co-Conspirator 1, and Co-Defendant Kevin Martin used BlackCat ransomware to attack Victim 1, a medical device company engaged in interstate commerce. Victim 1's servers were encrypted and the defendant, Co-Conspirator 1 Co-Defendant Kevin Martin demanded a $10 million dollar ransom payment to decrypt their servers. The attack caused Victim 1 to fear financial loss from the theft and encryption of their data. Victim 1 paid the defendant, Co-Conspirator 1 and Co-Defendant Kevin Martin a ransom payment of approximately 44.811 bitcoin, worth approximately $1,200,000 at the time of payment, for the decryptor and for their data not to be published on the Internet. Consistent with the agreement with the BlackCat

administrator to receive affiliate access to the BlackCat panel, the defendant, Co-Conspirator 1, and Co-Defendant Kevin Martin paid the BlackCat administrator a percentage of the ransom.

Specifically, per the agreement with the BlackCat administrator, Victim 1's ransom payment of approximately 44.811 bitcoin was split; the BlackCat administrator received approximately twenty-percent (20%) of the ransom payment and the Co-conspirators received approximately eighty-percent (80%) of the ransom payment. Thus, the Co-conspirators received approximately 36.729 bitcoin from Victim 1's ransom payment, which they all agreed to split equally amongst themselves. This amounted to each Co-conspirator receiving approximately 12.243 bitcoin, which at the time was valued at approximately $324,123.26. Co-conspirator 1 moved his share into a cryptocurrency wallet he controlled and then proceeded to launder the funds through a series of transactions. The Defendant and Co-Defendant Kevin Martin chose to launder their share of Victim 1's ransom payment using a cryptocurrency mixing service provided by ALPHV BlackCat before transferring their share to cryptocurrency wallets they controlled.

### Victim 2

In or around May 2023, the defendant, Co-Conspirator 1, and Co-Defendant Kevin Martin used BlackCat ransomware to attack Victim 2, a pharmaceutical company engaged in interstate commerce. The defendant, Co-Conspirator 1, and Co-Defendant Kevin Martin demanded a ransom payment to decrypt their servers. The defendant, Co-Conspirator 1, and Co-Defendant Kevin Martin intended to cause Victim 2 to fear financial loss from the theft and encryption of their data and therefore pay the ransom. Victim 2 did not pay the ransom. The defendant, Co-Conspirator 1, and Co-Defendant Kevin Martin did not provide a decryptor to the Victim. Victim 2 nevertheless suffered damages.

### Victim 3

In or around June 2023, the defendant, Co-Conspirator 1, and Co-Defendant Kevin Martin used BlackCat to attack Victim 3, a doctor's office engaged in interstate commerce. The defendant, Co-Conspirator 1, and Co-Defendant Kevin Martin demanded a $5,000,000 ransom payment to decrypt their servers. The defendant, Co-Conspirator 1, and Co-Defendant Kevin Martin intended to cause Victim 3 to fear financial loss from the theft and encryption of their data and therefore pay the ransom. Victim 3 did not pay the ransom. The defendant, Co-Conspirator 1, and Co-Defendant Kevin Martin did not provide a decryptor to the Victim. Victim 3 nevertheless suffered damages, including having sensitive patient photos published on the leak site.

### Victim 4

In or around October 2023, the defendant, Co-Conspirator 1, and Co-Defendant Kevin Martin used BlackCat ransomware to attack Victim 4, an engineering company engaged in interstate commerce. The defendant, Co-Conspirator 1, and Co-Defendant Kevin Martin demanded a $1,000,000 ransom payment to decrypt their servers. The defendant, Co-Conspirator 1, and Co-Defendant Kevin Martin intended to cause Victim 4 to fear financial loss from the theft and encryption of their data, and therefore pay the ransom. Victim 4 did not pay the ransom. The defendant, Co-Conspirator 1, and Co-Defendant Kevin Martin did not provide a decryptor to the Victim. Victim 4 nevertheless suffered damages.

### Victim 5

In or around November 2023, the defendant, Co-Conspirator 1, and Co-Defendant Kevin Martin used BlackCat ransomware to attack Victim 5, a manufacturer of unmanned aerial systems engaged in interstate commerce. The defendant, Co-Conspirator 1, and Co-Defendant Kevin Martin demanded a $300,000 ransom payment to decrypt their servers. The defendant, Co-

Conspirator 1, and Co-Defendant Kevin Martin intended to cause Victim 5 to fear financial loss from the theft and encryption of their data, and therefore to pay the ransom. Victim 5 did not pay the ransom, and the defendant, Co-Conspirator 1, and Co-Defendant Kevin Martin did not provide a decryptor to Victim 5. Victim 5 nevertheless suffered damages. The parties agree that these facts, which do not include all facts known to the United States and the defendant, are sufficient to prove Count 1 of the Indictment.

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

Date: 12/18/25

THOMAS HAGGERTY
Assistant United States Attorney

Date: 12/18/25

CHRISTEN GALLAGHER
JORGE GONZALEZ
Trial Attorneys
Computer Crime and Intellectual Property Section

Date: 12/18/25

MAEANN DUNKER
Assistant Federal Public Defender
Federal Public Defender
Southern District of Florida

Date: 18-DEC-25

RYAN GOLDBERG
Defendant

6