**You**  We appreciate. I checked with the client and unfortunately, they have to already notify patients and the risk of a legal action is not diminished by publication or not. Hence, the offer of 100K is real until end of the day today at which point we will have to disconnect.

*Support*  You have been warned regarding this. We will leak your data in the next 24 hours.

*Support*  Also, many interesting ponn hub type content will be exposed on our blog, which will destroy your reputation in the matter of days. Enjoy.

*Support*  last chance....

**You**  I told you before 100k is all that is possible. In 3 hours and I am not allowed to come back. I am being honest with you as well.

08/07/2023, 00:32







25-0443 Sentencing_003



LLP

LLP

LLC

etc

*Support*  They all position themselves as experts in the field of leakage and they are more than happy to help file lawsuits for any patients affected by the leak.
You know the HIPAA regulations and California Privacy laws what penalties await you.

*You*  You misunderstand. We are all very aware of obligations on notifications. Paying you does not remove any of this risk and we intend to be very transparent and have been transparent. Like I said from the beginning, I am here to tell you what the client is able to pay. They are serious about paying 100k but they are unable to pay any more and are willing to accept the consequences.

*Support*  we know dr ▮▮▮ has approval for loans for over 1kk with chase bank



around we will start posting them on our blog. Time until Friday.

*Support*   Your time is ticking.

06/07/2023, 16:59

25-0443 Sentencing_005

**You**     We are only able to offer you 100K this is all that is available. Again, regardless of what you took, we cannot simply come up with funds out of thin air and you have really just overpriced us as a 2 doctor business. We can pay you 100k to delete the information you took.

**Support**     Then there will not be any agreement between us. You still have time until tomorrow, after that, you will no longer have the office with two doctors. Good luck.

06/07/2023, 17:16

25-0443 Sentencing_006

**You**
As mentioned today was a holiday, July 4th. Everything was closed. The earliest meeting is Friday with our bankers and we will revert with an offer as soon as I know what is possible from our end.

**Support**
No, you need to make an offer or we will start leaking your data. We have given you plenty of time, 2 weeks now you known . I am sure there are multiple law firms that will be willing to help the people who data we will post file lawsuits against you. our patience run thin.

We will start calling patients if you do not show progress.

**You**
our financial position is precarious. As we said from the beginning your estimate of what we are able to pay to help our clients is very limited. With that, ownership made the concession that if you promise to delete all data and never publish anything about this we are willing to offer $100,000 to settle this quickly.

05/07/2023, 12:26

*Support*

05/07/2023, 13:56

You can keep that for yourself. You will need it for the lawsuit's coming your way. Do you even understand how in penalties you will pace in case of this leak? Estimate them around $3 000 000 to $ 4 000 000. Think twice when you come here with this irrelevant offer of yours. Our price is in 7 figures. To be exact you can close this deal around $ 2 000 000 in BTC. Also, we simply don't care where are you going to pull those funds from. You are not just a regular doctors. You deal with plastic surgeries. Sell your assets, take the loan. This is your problem to solve. Your patients already being informed by the phone about this leak. If you don't come around we will start posting them on our blog. Time until Friday.

25-0443 Sentencing_008

**You**  We intend to give you an offer and this is 100% certain.

**Support**  Just had a chat with my boss. He is ready to discuss the price and also we will extend the timer until Tuesday. Keep in mind that on Tuesday we expect a relevant offer from you. Is that clear?

**You**  We really appreciate the gesture of good faith. We are here always.

29/06/2023, 15:52

25-0443 Sentencing_009

**You**   We intend to give you an offer and this is 100% certain.

**Support**   Just had a chat with my boss. He is ready to discuss the price and also we will extend the timer until Tuesday. Keep in mind that on Tuesday we expect a relevant offer from you. Is that clear?

**You**   We really appreciate the gesture of good faith. We are here always.

29/06/2023, 15:52

25-0443 Sentencing_010

Support

You need to show us some pace. It is not hard to confirm those files. One message per day will just make the situation worse for your client. Also, keep in mind our asking price, we will not even going to look at the offers which are not close to our asking price. Bringing low ball offers will also bring shit storm to your doors.

*You*

How did you come up with the price though?

28/06/2023, 12:33

25-0443 Sentencing_011

Support

You need to show us some pace. It is not hard to confirm those files. One message per day will just make the situation worse for your client. Also, keep in mind our asking price, we will not even going to look at the offers which are not close to our asking price. Bringing low ball offers will also bring shit storm to your doors.

*You*

How did you come up with the price though?

28/06/2023, 12:33

25-0443 Sentencing_012

Support

How? We have been in your network for several month. We know about every penny you have got your bank accounts.Please , cut this bullshit, pay your ransom and you are free to go.

You

can you elaborate how much you believe we have? I am not trying to anger you, but you might be mistakenly under the belief that we are some large practice where we are actually not.

28/06/2023, 13:08

25-0443 Sentencing_013

**Support**

Listen, keep your questions to yourself , recovery agent.  We are here to ask questions not the other way around. You have time until the end of the day to bring a relevant offer on the table.

**You**

My questions are the questions. Regardless of who is asking them. I am not sure why you feel so much anger and resentment. If you know I am a recovery agent, then you realize I may have spoken to you before. There is interest in settling with you, but you simply set a very high number that a 2 doctor practice cannot meet. If you had access to our financials you would know there is no such amount that is possible to be paid. I would appreciate being able to provide you with an offer but I can see how angry you are and I am not interested in getting into angry dialogue. I am simply asking you to review the demand you placed and see if we can bring it to an amount that is possible for our side to achieve.

28/06/2023, 13:18

25-0443 Sentencing_014

| Support | We are waiting for the relevant offer. We know that without our unique decryption tool you are screwed. Now, don't make the situation worse for yourself. Your offer should be in 7 figures so we can discuss any sort of discount. | 28/06/2023, 13:23 |

25-0443 Sentencing_015

*Support*

We are waiting for the relevant offer. We know that without our unique decryption tool you are screwed. Now, don't make the situation worse for yourself. Your offer should be in 7 figures so we can discuss any sort of discount.

28/06/2023, 13:23

25-0443 Sentencing_016

Support

You need to show us some pace. It is not hard to confirm those files. One message per day will just make the situation worse for your client. Also, keep in mind our asking price, we will not even going to look at the offers which are not close to our asking price. Bringing low ball offers will also bring shit storm to your doors.

*You*

How did you come up with the price though?

28/06/2023, 12:33

25-0443 Sentencing_017

Support

You need to show us some pace. It is not hard to confirm those files. One message per day will just make the situation worse for your client. Also, keep in mind our asking price, we will not even going to look at the offers which are not close to our asking price. Bringing low ball offers will also bring shit storm to your doors.

*You*

How did you come up with the price though?

28/06/2023, 12:33

25-0443 Sentencing_018

*Support*

How? We have been in your network for several month. We know about every penny you have got your bank accounts.Please , cut this bullshit, pay your ransom and you are free to go.

**You**

can you elaborate how much you believe we have? I am not trying to anger you, but you might be mistakenly under the belief that we are some large practice where we are actually not.

28/06/2023, 13:08

25-0443 Sentencing_019

*Support*

Listen, keep your questions to yourself , recovery agent.  We are here to ask questions not the other way around. You have time until the end of the day to bring a relevant offer on the table.

**You**

My questions are the questions. Regardless of who is asking them. I am not sure why you feel so much anger and resentment. If you know I am a recovery agent, then you realize I may have spoken to you before. There is interest in settling with you, but you simply set a very high number that a 2 doctor practice cannot meet. If you had access to our financials you would know there is no such amount that is possible to be paid. I would appreciate being able to provide you with an offer but I can see how angry you are and I am not interested in getting into angry dialogue. I am simply asking you to review the demand you placed and see if we can bring it to an amount that is possible for our side to achieve.

28/06/2023, 13:18

25-0443 Sentencing_020

Support

We are waiting for the relevant offer. We know that without our unique decryption tool you are screwed. Now, don't make the situation worse for yourself. Your offer should be in 7 figures so we can discuss any sort of discount.

28/06/2023, 13:23

25-0443 Sentencing_021

Support

Hello, if there is no answer from you in the next 12 hours actions will be taken. Callas will be resumed and the press release will go public.

Support

http://alphvmmm██████████████████onion/8b2f34f5-24cd-46f9-bd1e-123a1a255188/dc3566374c0b98c409911e5497096c1b37b5149f247087800bdb831ab03c6d17

Support

Link is private for now. Time is ticking, don't make us to go public with it.

28/06/2023, 07:19

25-0443 Sentencing_022



**Support** Link is private for now. Time is ticking, don't make us to go public with it.

**You** we are here. please do not publish anything. We just needed to find some files for proof.

**You** can you show me these files:

**You**
1. 3-21-12 img_3998.jpg
2. —— letter approving surgical privileges.docx
3. CATCH 4 COURSE STREAMING DINNER (1).pdf
4. Valet.docx

28/06/2023, 09:32

*Support*

Attachment: **CATCH 4 COURSE STREAMING DINNER (1).pdf**

Size: 139 kB



*Support*

Attachment: **IMG_3998.JPG** 

Size: 354 kB

*Support*

Attachment: **letter approving surgical privileges.docx** 

Size: 16.3 kB

*Support*

Attachment: **valet.docx** 

Size: 13.5 kB

*Support*

due to lack of communication and how long it took for you to reach out, we require $200,000 for file listing. And we have made the posting private as a show of good will.

**You**

I saw the previous message you posted. I am not sure why you say we are not communicating. I am waiting for you to provide the listing like you said above.

**You**

I fail to understand how you want me to agree to pay a large amount but wont tell me what it is I am paying for? I just want to see the data list and I would like to ensure the decryptors work. Everywhere I read about you, it says you are honorable in following on agreements?

**You**

I am sure we can reach an agreement. But I need to also discuss this with my partner.

*Support*

you wait 2 weeks to reach out after media reach out to you. that communicating? Our reputation is everything and we do what we say

*Support*

we wait for your response

*You*

we are not used to situation like this. We are not some big company with technical department. You know we run a surgery practice with me and my partner.

*You*

your page is down

*Support*

We do not care. You have 2 options as we see it, pay or we leak and you have substantial class action law suits against you which will be more than we ask.

*You*

I do not understand how you feel that I need to pay you a huge amount in order to see what you have? How do you expect me to trust you after you are the one who attacked my clinic? Is it not self damaging to you as well so post me just because and then there will be no sense to pay you for anything. Do you want to reach an agreement?

damaging to you as well so post me just because and then there will be no sense to pay you for anything. Do you want to reach an agreement?

*Support*

negotiator, let us make your games very clear. giving your client bad advice will end in publication. you have 48 hours to move forward or leaks will begin.

**You**

Why not just give us the list you have, we will choose a few files so we can show the team and make a decision? that way if nothing happens you can certainly publish, but your approach to business seems strange as you want us to pay for something we cannot see?

*Support*



Attachment: **files.txt**

Size:      50.1 kB

*Support*      Attachment: **filelist.txt**

Support

Attachment: **filelist.txt**

Size: 617 kB

Support

previous list was cut off.

Support

Here you go. You can choose up to three random files from that list and we will provide them for you as a proof.

You

appreciated. Will pass it on for a quick review and be back shortly.

27/06/2023, 11:51

25-0443 Sentencing_028

You

appreciated. Will pass it on for a quick review and be back shortly.

Support

Good, we are here waiting.

27/06/2023, 11:53

25-0443 Sentencing_029

You        Chat started...

You        we received your notes. Please take our name off your list. What files are you talking about that you have? please show us.

Support    Hello, please read the following message first, so you have an understanding on what is going to happen next.

Support    Greetings from Alpha aka BlackCat.

Firstly, we would like you to notice the discount timer. After the timer expires, price will increase dramatically and actions will be taken.

Secondly, we would like to warn you that, in case of you: being silent, ignoring our messages, wasting time or not complying to our rules and terms, devastating DDoS attacks on your

25-0443 Sentencing_030

https://www.bleepingcomputer.com/news/security/blackcat-ransomware-claims-attack-on-italian-energy-agency/

https://www.bleepingcomputer.com/news/security/bandai-namco-confirms-hack-after-alphv-ransomware-data-leak-threat/

https://www.theregister.com/2022/03/22/talos-ransomware-blackcat/

https://www.theregister.com/2022/10/02/in-brief-security/

https://securityaffairs.co/wordpress/133899/cyber-crime/alphv-blackcat-ransomware-creos-luxembourg.html

https://www.ic3.gov/Media/News/2022/220420.pdf


Finishing up, you have only two ways out from this situation:

1.After we receive your payment you will get the followings:
-Decryption application for Windows and ESXi
-Detailed penetration overview with main killchain and security recommendations
-Proof that we have securely deleted your data
-Our word of Alpha aka BlackCat that we will not perform attacks on you in the future.

25-0443_Sentencing_031

\*In case if you will need outsourced recovery team, we can suggest approved team which successfully  worked with us on multiple ocations.

2.In case you refuse to make the payment:
-Deletion of your unique decryptor after one week of you being silent
-Permanent public indexed hosting for all of your stolen files
-Powerful DDoS attack for all external services discovered during attack
-Targeted voice calls to your competitors and clients.

*Support*

As a sign of good will , we will make the post private for the period of negotiations. We will provide you with the data list shortly.Meanwhile you can send up to three not important files for a trial decrypt (png,gpeg,docx,pdf etc...). Files should be maximum size of 2mb each.

24/06/2023, 13:14

25-0443 Sentencing_032

**ALPHV**     Blog     Collections



6/21/2023, 5:11:22 AM

We have lots of PII and PHI, including a lot of pictures of patients that they woud not want out there.

It be in your best interest to reach out before we release all data

Leak to follow if no contact made

https://www.dailydot.com/debug/████████
████████████hack-alphv-blackcat-ransomware-pictures/

https://www.bitdefender.com/blog/hotforsecurity/████████
████████████████

You can not avoid this now. We begin publishing some data very soon.

310.2█████████

https://██████████████
https://██████████████

25-0443 Sentencing_033

# Your network was compromised.

**Important files** on **your network** was **downloaded** and **encrypted**.
Our custom **Decrypt App** is capable of **restoring** your **files**.
In order to buy it you have to follow **Instructions** below. If you have questions please feel free to use **Live-Chat**.

Decrypt App Price

Current price: **$7000000**

Status



Awaiting payment of **$7000000** to one of the following wallets:                     ⟳

Monero      ███████████████████████████████      $7000000 = 45076.952798 XMR
            ███████████████████████████████

| ⟨ | Instructions | Data Breach | Live-Chat | Trial Decrypt | ⟩ |

I wish to pay with
Monero                                                                          ▾

1. Create a Monero Wallet.
2. Buy **45076.952798 XMR** and deposit it to your Monero Wallet.
3. Transfer **45076.952798 XMR** to the following Monero Address:
████████████████████████████████████████████████████████████████
████████████

4. Wait until you transaction has at least **10** Monero Network Confirmations.
5. Download link of **Decrypt App** will be provided automatically.
6. If something goes wrong text us using **Live-Chat**.

7/8/2023, 12:34:44 AM

Dr. ███████ and Dr. ███████ does not care about patient privacy. Only fill they pockets with money.

This just sample of what to come.

Meet ███████ BHPS IT person.

https://███████████



```
>> What happened?

Important files on your network was ENCRYPTED and now they have "6d8klhz"
extension.
In order to recover your files you need to follow instructions below.

>> Sensitive Data

Sensitive data on your network was DOWNLOADED.
If you DON'T WANT your sensitive data to be PUBLISHED you have 72 hours to make
contact before we publish your company to blog.

Data includes:
- Employees personal data, Pictures, DL, SSN, CC, PHI.
- Complete network map including credentials for local and remote services.
- Private financial information including: clients data, bills, budgets, annual
reports, bank statements.
- And more...

Samples are available on your User Panel.

>> CAUTION

DO NOT MODIFY ENCRYPTED FILES YOURSELF.
DO NOT USE THIRD PARTY SOFTWARE TO RESTORE YOUR DATA.
YOU MAY DAMAGE YOUR FILES, IT WILL RESULT IN PERMANENT DATA LOSS.

>> What should I do next?

1) Download and install Tor Browser from: https://torproject.org/
2) Navigate to User Panel:
http://g64ohzqwk5osmd3pc5idptcwuhprvcwgdi3ncr2vpzslafgdtfbufqqd.onion/?access-key=P
1QkS1azXenbY1TCIJTTjL7yvNriIazMeTqfhGVzE529ozYYSc5Wah%2BOC%2BzU0%2FCAcx6YJ73%2BG6%2
FPC8niZ3tD7dJWpHKG1lzkeVG412B1h9yV20msjuSP6DoPMqBAVuLgV4vQAAzpW9Qk%2FW3uc7zbNYZB7YL
jETy5YJJ%2B05Grlq9sJiauvb7pAvJmeFqIUEyFTJ3uNZ4UlleezpUL3u1yiSLGWG2NaouWnMvmDLyd2b18
lXPzRBH1VYeLKxvrNHz%2FAC2Bo7mMAgUyvM4NVyg10G0FeaL142cft35YFO%2FrLLVPFGFRUqb%2FjpWO1
I7MEqc8GCdWthYtfz5hwD5lAfEQRA%3D%3D
```