**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-20443-CR-MOORE**

**UNITED STATES OF AMERICA**

**v.**

**RYAN CLIFFORD GOLDBERG and**
**KEVIN TYLER MARTIN,**

      **Defendants.**

                           /

## SUPPLEMENT TO SENTENCING MEMORANDUM

The United States of America hereby files victim impact statements for Victim 1 and

Victim 5 in advance of the Defendants' sentencing on April 30, 2026.

                                                JASON A. REDING QUINOÑES
                                                UNITED STATES ATTORNEY

BY:    _/s/ Jorge Gonzalez_____       BY:    _/s/ Thomas Haggerty_____
        Jorge Gonzalez                       Thomas Haggerty
        Christen Gallagher                Assistant United States Attorney
        Trial Attorneys                       Fla. Bar. No. 46136
        1301 New York Avenue, NW       99 N.E. 4th Street
        Washington, D.C. 20005            Miami, Florida 33132
        Email: Jorge.Gonzalez@usdoj.gov     Email: Thomas.Haggerty@usdoj.gov
        Email: Christen.Gallagher@usdoj.gov

CERTIFICATE OF SERVICE

1

I HEREBY CERTIFY that on April 29, 2026, the undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/Thomas Haggerty*
Thomas Haggerty
Assistant United States Attorney