**Victim 1**

Officer Sosa-Rodriguez,

This firm represents ███████████████████████████ ( ████ ).

In connection with Southern District of Florida Case No.: 1:25-CR-20443, styled *United States v. Goldberg, et. al.*, and pursuant to 18 USC 3771, ████ respectfully requests that the Court consider the following when determining an appropriate sentence for the Defendants.

On May 13, 2023, Defendants Goldberg, Martin, and a co-conspirator used ALPHV BlackCat ransomware to attack ████ 's digital infrastructure and demand an approximate $10,000,000 ransom to stop. The attack brought fear, uncertainty, and immense economic loss to ████ . That economic loss continues to this day because of the company's continued need to retain lawyers and address other consequences that arose because of the Defendants' deliberate, unprovoked, and evil behavior. ████ calculates its economic loss from Defendants' actions as far greater than the ~$1.2 million ransom it was forced to pay, and closer to $10 million.

What makes the Defendants' actions particularly terrible is, they benefited, in part, from an abuse of ████ 's trust.  When ████ was attacked, it retained counsel, who retained supposedly reputable companies to negotiate with the ransomware attackers on ████ 's behalf. Unbeknownst to ████ , those companies employed the very Defendants who were holding the company hostage.  The Defendants – through their connection to their employers – used confidential and deeply personal information about ████ and its lead principal to successfully demand a higher ransom. To date, neither the Defendants nor their employers, who in the view of ████ are equally liable for their employees' actions, have offered to repay one dime to ████ .

████ is a mid-sized medical device company in Tampa, FL that employs hundreds of people around the country. The multi-year economic loss caused by the Defendants' actions has threatened the company and put jobs, and people's livelihoods, at risk.

The Defendants' actions were dishonest, craven, and despicable. Respectfully, given the abominable nature of this crime, ████ submits that grounds exist for a substantial upward

**<u>Victim 1</u>**

variance. ███ requests that the Court impose the maximum possible sentence on each of the Defendants, as well as full restitution for ███. We thank the Court for its time.

Thank you,

Matt Goddeyne



**Matthieu Goddeyne** | Shareholder

Business Litigation

401 E. Jackson Street, Suite 1500

Tampa, FL 33602

**p** 813.228.9080 **c** 813.763.0242 **f** 813.228.6739

gunster.com | mgoddeyne@gunster.com