**VICTIM 5**

I am J███ M██, CEO of ████████████████████████████████. The defendants' crimes disrupted and nearly destroyed my business. The attack caused immediate operational outages, prolonged loss of revenue, severe expense to rebuild our entire IT environment, and significant reputational harm that continues to impede sales and partnerships where OPSEC is critical. The financial impact has been severe: our taxable income declined by nearly 76% from 2023 to 2024, and 2025. The stress and uncertainty nearly forced me to declare bankruptcy and reduced our headcount from five employees to two.

Although we are beginning to recover, the financial and emotional toll remains substantial and ongoing, and we will likely never fully recover. As a defense contractor, our security posture is absolutely critical to our ongoing ability to win contracts with the government. Despite our best efforts to maintain robust cybersecurity, the defendants used their cybersecurity training and acumen to compromise our network, forever tarnishing our public image as a secure, trusted defense contractor. It will be difficult to ever overcome this devastating incident and regain the trust of our customers, especially in the defense industry.

In addition to the direct losses we sustained, including the substantial cost to rebuild our network and the loss of revenue caused by the business interruption, we lost a significant amount of critical data. Again, as a defense contractor, the data that was compromised because of these defendants was critical to our business and is difficult to quantify.

We built our small business from the ground up, and this attack destroyed so much of the entity to which we devoted countless hours of our time, labor, stress, and mental energy. We chose not to capitulate to these defendants' extortion efforts and declined to pay the ransom they demanded. While this decision may have resulted in greater financial loss than had we paid the ransom, we are confident that the criminal justice system will hold these defendants accountable and provide us with restitution for our financial losses.  I respectfully request the Court consider the full extent of our documented financial losses, remediation costs, and the continuing harm to our business and personal well-being when ordering restitution.

## <u>VICTIM 5</u>

### <u>Loss Calculation</u>

Direct Losses:

1. Direct lost revenue caused by business interruption, as documented in tax filings: 2023: $87,000;  2024: $21,000;  2025: $21,500 **= $127,500 total**

2. Rebuild of entire IT infrastructure following incident:

   1. Bare-metal rebuild — hardware & systems (servers, NAS, network, security appliances): $125,000

   2. Secure network design & VPN, firewall/IDS/IPS appliances and licensing: $40,000

   3. NAS (large capacity, encryption, redundancy): $50,000

   4. Exchange server hosting, migration, licensing and mail continuity: $20,000

   5. Dual domain controllers, AD rebuild, backups & restoration tooling: $5,000

   6. Ticketing/ITSM system (licensing, setup, migration): $10,000

   7. Misc. hardware/software licenses and replacement peripherals: $10,000

   8. **Total for entire rebuild = $260,000**

3. Third-Party costs for incident response, systems rebuild (not included above), migration, and consulting (contractors/engineers): **$80,000**

4. Credit monitoring for 3 years from date of incident, particularly necessary in light of information being sold on the dark web: **$5,400**

5. Hours spent by ▮▮ employees/owners recovering from attack. This calculation multiplies the responsible employees' hourly rate of $200/hour for IT work by the conservatively estimated time spent conducting recovery efforts:

   1. Rebuild of actual tickets for rebuilt ticket system estimate hour = 40

   2. Build additional off site NAS storage estimate hour = 20

   3. Configuration of VPN connection and data sync set up off site NAS estimate hour = 20

   4. Data restructuring and hygiene estimated hours = 80

## VICTIM 5

5. Retore email backup for data recovery per mailbox = 40

6. Special recovery software, organization software, appropriate licenses fess estimated $1500

7. Periodic cleanse and DKIM checks of static IP with ISPs and email hosting companies (note some this was not included in initial build items and continued for at least the following 6-8months post attack) Estimated hours = 60 hours

8. **Total estimated hours: 260 hours +$1,500 = $53,500**

6. **Total Direct Losses: $526,400**

Indirect Losses:

7. Attorney's Fees spent as a crime victim investigating and attempting to recoup losses: **$7,500**

8. Data loss – while it is nearly impossible to quantify the cost of data that was forever lost in this attack, we estimate that the cost to our business of losing this critical, confidential, and proprietary data, including technical specifications and business-critical information to be at least: **$500,000**

9. Future lost business and reputational harm as a defense contractor: This is also difficult to quantify, but the cost of reputational damage as a defense contractor is massive. We are forever associated with this cybersecurity incident, which significantly hinders our ability to contract with the Department of Defense and has already resulted in a large loss of existing private sector clients. We estimate the cost of this loss of future revenue to be at least: **$500,000**

10. CMMC remediation and ongoing compliance efforts (testing, policies, documentation, annual): **$60,000**

11. **Total Indirect Losses: $1,067,500**

**Total Amount of Loss for ▮▮: $1,593,900**