UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-CR-20443-MOORE

UNITED STATES OF AMERICA,

Plaintiff,

vs.

RYAN CLIFFORD GOLDBERG,

Defendant.

______________________________________/

**[PROPOSED] ORDER**

This Matter is before the Court on Defendant's Agreed Motion to Continue Restitution Hearing by 60 Days. Having considered the Motion, and the entire record herein, it is hereby:

**ORDERED** that the Motion is **GRANTED**; and

The Restitution Hearing is **RESET** for the ___________ day of_________________2027.

**SO ORDERED**.

___________________
Date

______________________________
Hon. K. Michael Moore
United States District Judge